**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Joseph Aaron Watson                                                   Case No. 20-03067-JAW
              Tanya Renea Watson, Debtors                                                    Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

    cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Joseph Aaron Watson                                          01-06-2026
             Joseph Aaron Watson                                                      Date

            /s/ Tanya Renea Watson                                         01-06-2026
            Tanya Renea Watson                                                        Date

            /s/ Thomas C. Rollins, Jr.                                          01-06-2026
            Thomas C. Rollins, Jr., MS Bar No. 103469                             Date
            Attorney for the Debtors
            The Rollins Law Firm, PLLC
            P.O. Box 13767
            Jackson, MS 39236
            601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On January 7, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                 /s/ Thomas C. Rollins, Jr.
                                                                  Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JOSEPH AARON WATSON<br>TANYA RENEA WATSON | CASE NO: 20-03067<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/7/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JOSEPH AARON WATSON<br>TANYA RENEA WATSON | CASE NO: 20-03067<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 1/7/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-03067<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JAN 6 15-8-9 PST 2026 | AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>PO BOX 183853<br>ARLINGTON  TX 76096-3853 | BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| COMMUNITY BANK OF MISSISSIPPI<br>PO BOX 265<br>LAUREL  MS 39441-0265 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | 1STHERITAG<br>129 CENTER STREET<br>RICHLAND  MS 39218-4800 |
| AESPHEAA<br>1112 7TH AVE<br>MONROE  WI 53566-1364 | ADVANCE RECOVERY SYSTE<br>972 HIGH ST<br>JACKSON  MS 39202-3473 | AFFILIATE ASSET SOLUTI<br>145 TECHNOLOGY PRKY NW<br>STE 100<br>PEACHTREE COR  GA 30092-3536 |
| ALDER<br>450 N 1500 W<br>OREM  UT 84057-2829 | (P)AMERICREDIT FINANCIAL SERVICS DBA GM<br>FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ~~EXCLUDE~~<br>~~(D)(P)AMERICREDIT FINANCIAL SERVICS DBA GM~~<br>~~FINANCIAL~~<br>~~PO BOX 183853~~<br>~~ARLINGTON TX 76096-3853~~ |
| AMERICAN FINANCIAL<br>PO BOX 565848<br>DALLAS  TX 75356-5848 | BANCORP SOUTH<br>2600 N STATE ST<br>JACKSON  MS 39216-4301 | BAPTIST MEDICAL GROUP<br>P11407<br>BIRMINGHAM  AL 35246-0001 |
| BAPTIST MEMORIAL HEALT<br>350 NORTH HUMPHREYS BL<br>MEMPHIS  TN 38120-2177 | BRIDGECREST<br>PO BOX 52020<br>PHOENIX  AZ 85072-2020 | BRIDGECREST CREDIT COMPANY  LLC<br>PO BOX 29018<br>PHOENIX  AZ 85038-9018 |
| BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND<br>SERVICER FOR CARVANA  LLC  CO<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL EMERGENCY PHYS<br>PO BOX 96395<br>OKLAHOMA CITY  OK 73143-6395 | CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO  IL 60604-2863 |
| CENTRAL MS FOOT SPEC<br>103 SERVICE DR<br>BRANDON  MS 39042-2401 | ~~EXCLUDE~~<br>~~(D)COMMUNITY BANK OF MISSISSIPPI~~<br>~~POB 265~~<br>~~LAUREL  MS 39441-0265~~ | CORNERSTON<br>POB BOX 145122<br>SALT LAKE CITY  UT 84114-5122 |
| CORNERSTONE<br>POB BOX 145122<br>SALT LAKE CITY  UT 84114-5122 | DELTA TECHNICAL COLLEG<br>113 MARKETRIDGE DR<br>RIDGELAND  MS 39157-6027 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 |

```
FIRST HERITAGE CREDIT              FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC    GULFCO OF MISSISSIPPI  LLC
129 CENTER STREET                  DBA 1ST HERITAGE CREDIT                     PO BOX 320001
RICHLAND  MS 39218-4800            FIRST HERITAGE CREDIT                       FLOWOOD  MS 39232-0001
                                   129 CENTER ST STE C
                                   RICHLAND  MS 39218-4800


HINDS COMUNITY COLLEGE             LVNV FUNDING LLC                            LAKELAND RADIOLOGISTS
PO BOX 1100                        RESURGENT CAPITAL SERVICES                  PO BOX 55589
RAYMOND  MS 39154-1100             PO BOX 10587                                JACKSON  MS 39296-5589
                                   GREENVILLE  SC   29603-0587


MEA PRIMARY CARE                   MS HMA HOSPITALS                            MADISON RADIOLOGICAL G
308 CORPORATE DR                   PO BOX 19000                                401 BAPTIST DR
RIDGELAND  MS 39157-8803           BELFAST  ME 04915                           MADISON  MS 39110-2009


MERIT HEALTH                       MERITH HEALTH                               MIDNIGHT VELVET
161 RIVER OAKS DR                  161 RIVER OAKS                              1112 7TH AVE
CANTON  MS 39046-5375              CANTON  MS 39046-5375                       MONROE  WI 53566-1364


MIRA MED REVENUE GROUP             MOFFETT AND WALLEY                          MONTGOMERY WARD
PO BOX 77000                       2174 HENRY HILL DR                          CO CREDITORS BANKRUPTCY SERVICE
DETROIT  MI 48277-2000             JACKSON  MS 39204-2028                      PO BOX 800849
                                                                               DALLAS  TX 75380-0849


PARAGON REVENUE GROUP              PARAGON REVENUE GROUP                       PATIENT ACCOUNT SERVIC
ATTN BANKRUPTCY                    P O BOX 127                                 PO BOX 1022
216 LE PHILLIP CT NE               CONCORD  NC 28026-0127                      WIXOM  MI 48393-1022
CONCORD  NC 28025-2954


PENN FOSTER                        (P)PLAIN GREEN LOANS                        PLAIN GREEN LOANS
PO BOX 1900                        93 MACK ROAD  SUITE 600                     PO BOX 42560
SCRANTON  PA 18505-0900            BOX ELDER  MT 59521                         PHILADELPHIA  PA 19101-2560


                                   EXCLUDE                                     EXCLUDE

(P)PORTFOLIO RECOVERY ASSOCIATES LLC   (D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC     (D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067                       PO BOX 41067                                PO BOX 41067
NORFOLK VA 23541-1067              NORFOLK VA 23541-1067                       NORFOLK VA 23541-1067


RANKIN RURAL MEDICAL               RIVER OAKS                                  (P)RMS RECOVERY MANAGEMENT SERVICES  INC
129 CENTER ST                      PO BOX 11439                                4200 CANTERA DRIVE
RICHLAND  MS 39218-4800            BELFAST  ME 04915-4005                      SUITE 211
                                                                               WARRENVILLE IL 60555-3040
```

```
SEVENTH AVENUE                    SEVENTH AVENUE                         SWISS COLONY
112 7TH AVE                       CO CREDITORS BANKRUPTCY SERVICE        1112 7TH AVE
MONROE   WI 53566-1364            PO BOX 800849                          MONROE   WI 53566-1364
                                  DALLAS   TX 75380-0849


SYNCHRONY BANK                    THE WOMAANS CLINIC                     TOWER LOAN
PO BOX 105972                     501 MARSHALL STREET                    PO BOX 320093
ATLANTA   GA 30348-5972           STE 400                                FLOWOOD   MS 39232-0093
                                  JACKSON   MS 39202-1687


US DEPARTMENT OF EDUCATION        UMMC                                   US ATTORNEY GENERAL
CO FEDLOAN SERVICING              PO BOX 3488                            US DEPT OF JUSTICE
PO BOX 69184                      DEPT 05-077                            950 PENNSYLVANIA AVENW
HARRISBURG   PA 17106-9184        TUPELO   MS 38803-3488                 WASHINGTON   DC 20530-0001


US DEPT OF EDUCATION              US DEPT OF EDUCATION                   US DEPT OF EDUCATION
PO BOX 5202                       CO US ATTORNEY                         120 N SEVEN OAKS DR
GREENVILLE   TX 75403-5202        501 E COURT ST                         KNOXVILLE   TN 37922-2359
                                  STE 4430
                                  JACKSON   MS 39201-5025


EXCLUDE

UNITED STATES TRUSTEE             WOMENS HEALTH ASSOCIAT                 JENNIFER A CURRY CALVILLO
501 EAST COURT STREET             1050 RIVER OAKS DR                     THE ROLLINS LAW FIRM
SUITE 6-430                       SUITE 200                              702 W PINE ST
JACKSON   MS 39201-5022           BRANDON   MS 39047                     HATTIESBURG   MS 39401-3836


DEBTOR                                                                   EXCLUDE

JOSEPH AARON WATSON               TANYA RENEA WATSON                     THOMAS CARL ROLLINS JR
745 E HARPER ST                   745 E HARPER ST                        THE ROLLINS LAW FIRM  PLLC
RICHLAND   MS 39218-9774          RICHLAND   MS 39218-9774               PO BOX 13767
                                                                         JACKSON   MS 39236-3767


EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON   MS 39201-1902
```