| Fill in this information to Identify the case: |
|---|
| Debtor 1  **JOSEPH AARON WATSON** |
| Debtor 2  **TANYA RENEA WATSON** |
| (Spouse, if filling) |
| United States Bankruptcy Court for the: Southern District of Mississippi |
| Case number  **20-03067-JAW** |

Official Form 410C13-N

## Trustee's Notice of Disbursements Made

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of Claim Holder:**  **COMMUNITY BANK**              **Court claim no.** (if known): **8-2**

**Last 4 digits** of any number used to identify the debtor's account:  **5465**

**Property address:**  745 E. HARPER ST., RICHLAND, MS 39218

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | | | |
|---|---|---|---:|
| a. | Allowed amount of the prepetition arrearage: | $ | 5,180.77 |
| b. | Total amount of the prepetition arrearage disbursed by the trustee: | $ | 5,180.77 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ | 0.00 |
| d. | Total amount of arrearage disbursed by the trustee: | $ | 5,180.77 |

**Part 4:** **Postpetition Payments**

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ 47,187.00

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on 1/1/2026 . All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ 0

**Part 6:** **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

X  /s/ Torri Parker Martin          Date: 2/3/2026

Trustee: Torri Parker Martin

Address: 200 North Congress Street, Suite 400
Jackson, MS 39201

Contact phone: (601) 981-9100          Email: tpm@tpmartinch13.com

**Torri Parker Martin**
**Standing Chapter 13 Trustee**

RE: 2003067
Debtor: JOSEPH AARON WATSON
         TANYA RENEA WATSON

| Disbursement Date | Disbursement Amount | Interest Portion | Check Number | Clear Date |
|---|---:|---:|---|---|
| 03/31/2021 | 191.55 | 0.00 | 567089 | 04/20/2021 |
| 03/31/2021 | 1,628.18 | 0.00 | 567090 | 04/20/2021 |
| 04/30/2021 | 109.76 | 0.00 | 571710 | 05/17/2021 |
| 04/30/2021 | 932.98 | 0.00 | 571711 | 05/17/2021 |
| 05/28/2021 | 87.80 | 0.00 | 575992 | 06/14/2021 |
| 05/28/2021 | 746.39 | 0.00 | 575993 | 06/14/2021 |
| 06/30/2021 | 87.81 | 0.00 | 580146 | 07/16/2021 |
| 06/30/2021 | 746.38 | 0.00 | 580147 | 07/16/2021 |
| 07/30/2021 | 932.99 | 0.00 | 584290 | 08/18/2021 |
| 07/30/2021 | 109.76 | 0.00 | 584291 | 08/18/2021 |
| 08/31/2021 | 70.71 | 0.00 | 588208 | 09/16/2021 |
| 08/31/2021 | 885.08 | 0.00 | 588209 | 09/16/2021 |
| 09/30/2021 | 734.00 | 0.00 | 592231 | 10/18/2021 |
| 09/30/2021 | 119.76 | 0.00 | 592232 | 10/18/2021 |
| 10/29/2021 | 652.33 | 0.00 | 596149 | 11/15/2021 |
| 10/29/2021 | 76.74 | 0.00 | 596150 | 11/15/2021 |
| 11/30/2021 | 55.34 | 0.00 | 599905 | 12/13/2021 |
| 11/30/2021 | 470.33 | 0.00 | 599907 | 12/13/2021 |
| 03/31/2022 | 339.46 | 0.00 | 614460 | 04/18/2022 |
| 03/31/2022 | 39.61 | 0.00 | 614461 | 04/18/2022 |
| 04/29/2022 | 680.79 | 0.00 | 617935 | 05/16/2022 |
| 04/29/2022 | 78.99 | 0.00 | 617936 | 05/16/2022 |
| 05/31/2022 | 954.74 | 0.00 | 621115 | 06/21/2022 |
| 05/31/2022 | 110.29 | 0.00 | 621119 | 06/21/2022 |
| 06/30/2022 | 820.19 | 0.00 | 624363 | 07/19/2022 |
| 06/30/2022 | 94.39 | 0.00 | 624364 | 07/19/2022 |
| 07/29/2022 | 821.38 | 0.00 | 627554 | 08/16/2022 |
| 07/29/2022 | 94.24 | 0.00 | 627556 | 08/16/2022 |
| 09/30/2022 | 822.95 | 0.00 | 633653 | 10/17/2022 |
| 09/30/2022 | 94.05 | 0.00 | 633654 | 10/17/2022 |
| 10/31/2022 | 2,058.65 | 0.00 | 636592 | 11/15/2022 |
| 10/31/2022 | 234.97 | 0.00 | 636596 | 11/15/2022 |
| 11/30/2022 | 93.91 | 0.00 | 639373 | 12/20/2022 |
| 11/30/2022 | 824.07 | 0.00 | 639375 | 12/20/2022 |
| 12/30/2022 | 93.86 | 0.00 | 642221 | 01/17/2023 |
| 12/30/2022 | 824.52 | 0.00 | 642222 | 01/17/2023 |
| 01/31/2023 | 1,031.09 | 0.00 | 644867 | 02/21/2023 |
| 01/31/2023 | 117.27 | 0.00 | 644870 | 02/21/2023 |
| 03/31/2023 | 1,665.26 | 0.00 | 650158 | 04/20/2023 |
| 03/31/2023 | 185.71 | 0.00 | 650159 | 04/20/2023 |
| 04/28/2023 | 125.29 | 0.00 | 652809 | 05/17/2023 |

**Torri Parker Martin**
**Standing Chapter 13 Trustee**

RE: 2003067
Debtor: JOSEPH AARON WATSON
       TANYA RENEA WATSON

| Disbursement Date | Disbursement Amount | Interest Portion | Check Number | Clear Date |
|---|---|---|---|---|
| 04/28/2023 | 1,145.49 | 0.00 | 652810 | 05/17/2023 |
| 05/31/2023 | 241.83 | 0.00 | 655285 | 06/20/2023 |
| 05/31/2023 | 26.05 | 0.00 | 655286 | 06/20/2023 |
| 06/30/2023 | 485.36 | 0.00 | 657951 | 07/18/2023 |
| 06/30/2023 | 51.90 | 0.00 | 657956 | 07/18/2023 |
| 07/31/2023 | 51.77 | 0.00 | 660627 | 08/17/2023 |
| 07/31/2023 | 486.42 | 0.00 | 660628 | 08/17/2023 |
| 08/31/2023 | 487.13 | 0.00 | 663216 | 09/21/2023 |
| 08/31/2023 | 51.68 | 0.00 | 663217 | 09/21/2023 |
| 09/29/2023 | 51.62 | 0.00 | 665705 | 10/17/2023 |
| 09/29/2023 | 487.61 | 0.00 | 665706 | 10/17/2023 |
| 10/31/2023 | 103.16 | 0.00 | 668147 | 11/20/2023 |
| 10/31/2023 | 975.92 | 0.00 | 668148 | 11/20/2023 |
| 11/30/2023 | 976.50 | 0.00 | 670482 | 12/27/2023 |
| 11/30/2023 | 103.08 | 0.00 | 670483 | 12/27/2023 |
| 12/29/2023 | 976.98 | 0.00 | 672813 | 01/17/2024 |
| 12/29/2023 | 103.02 | 0.00 | 672814 | 01/17/2024 |
| 01/31/2024 | 102.97 | 0.00 | 675228 | 02/22/2024 |
| 01/31/2024 | 977.37 | 0.00 | 675229 | 02/22/2024 |
| 02/29/2024 | 977.69 | 0.00 | 677540 | 03/20/2024 |
| 02/29/2024 | 102.93 | 0.00 | 677542 | 03/20/2024 |
| 03/29/2024 | 973.27 | 0.00 | 679879 | 04/17/2024 |
| 03/29/2024 | 103.48 | 0.00 | 679881 | 04/17/2024 |
| 04/30/2024 | 103.91 | 0.00 | 682168 | 05/21/2024 |
| 04/30/2024 | 969.76 | 0.00 | 682169 | 05/21/2024 |
| 05/31/2024 | 966.99 | 0.00 | 684519 | 06/18/2024 |
| 05/31/2024 | 104.26 | 0.00 | 684521 | 06/18/2024 |
| 06/28/2024 | 964.86 | 0.00 | 686852 | 07/17/2024 |
| 06/28/2024 | 104.52 | 0.00 | 686856 | 07/17/2024 |
| 07/31/2024 | 912.54 | 0.00 | 689085 | 08/19/2024 |
| 07/31/2024 | 99.21 | 0.00 | 689089 | 08/19/2024 |
| 08/27/2024 | 99.34 | 0.00 | 700317 | 09/19/2024 |
| 08/27/2024 | 911.43 | 0.00 | 700318 | 09/19/2024 |
| 09/30/2024 | 910.65 | 0.00 | 702414 | 10/21/2024 |
| 09/30/2024 | 99.43 | 0.00 | 702415 | 10/21/2024 |
| 10/31/2024 | 910.09 | 0.00 | 704760 | 11/20/2024 |
| 10/31/2024 | 99.51 | 0.00 | 704761 | 11/20/2024 |
| 11/27/2024 | 99.55 | 0.00 | 707117 | 12/17/2024 |
| 11/27/2024 | 909.74 | 0.00 | 707118 | 12/17/2024 |
| 12/30/2024 | 99.58 | 0.00 | 709293 | 01/24/2025 |
| 12/30/2024 | 909.49 | 0.00 | 709298 | 01/24/2025 |

**Torri Parker Martin**
**Standing Chapter 13 Trustee**

RE: 2003067
Debtor: JOSEPH AARON WATSON
         TANYA RENEA WATSON

| Disbursement Date | Disbursement Amount | Interest Portion | Check Number | Clear Date |
|---|---:|---:|---|---|
| 01/31/2025 | 909.34 | 0.00 | 711602 | 02/14/2025 |
| 01/31/2025 | 99.60 | 0.00 | 711603 | 02/14/2025 |
| 02/28/2025 | 99.61 | 0.00 | 714035 | 03/18/2025 |
| 02/28/2025 | 909.24 | 0.00 | 714039 | 03/18/2025 |
| 03/31/2025 | 903.98 | 0.00 | 716376 | 04/15/2025 |
| 03/31/2025 | 100.26 | 0.00 | 716378 | 04/15/2025 |
| 04/30/2025 | 100.62 | 0.00 | 718743 | 05/14/2025 |
| 04/30/2025 | 901.09 | 0.00 | 718744 | 05/14/2025 |
| 05/30/2025 | 100.79 | 0.00 | 721203 | 06/16/2025 |
| 05/30/2025 | 899.66 | 0.00 | 721204 | 06/16/2025 |
| 06/30/2025 | 100.88 | 0.00 | 723623 | 07/16/2025 |
| 06/30/2025 | 899.01 | 0.00 | 723624 | 07/16/2025 |
| 07/31/2025 | 100.90 | 0.00 | 726006 | 08/18/2025 |
| 07/31/2025 | 898.77 | 0.00 | 726007 | 08/18/2025 |
| 08/29/2025 | 100.16 | 0.00 | 728380 | 09/16/2025 |
| 08/29/2025 | 892.03 | 0.00 | 728381 | 09/16/2025 |
| 09/30/2025 | 86.35 | 0.00 | 730769 | 10/21/2025 |
| 09/30/2025 | 769.00 | 0.00 | 730770 | 10/21/2025 |
| 10/31/2025 | 86.35 | 0.00 | 733280 | 11/24/2025 |
| 10/31/2025 | 769.00 | 0.00 | 733281 | 11/24/2025 |
| 11/26/2025 | 86.35 | 0.00 | 735695 | 12/16/2025 |
| 11/26/2025 | 769.00 | 0.00 | 735696 | 12/16/2025 |
| 01/30/2026 | 86.12 | 0.00 | 740091 | |
| 01/30/2026 | 1,538.00 | 0.00 | 740092 | |
| Total Amount Paid: | 52,367.77 | 0.00 | | |

# United States Bankruptcy Court
SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

In Re:  
JOSEPH AARON WATSON  
TANYA RENEA WATSON

CASE NO: 20-03067-JAW

### Certificate of Service

The undersigned hereby certifies that on this date a copy of Trustee's Notice of Disbursements Made was served via first class mail postage prepaid, or by electronic notice, to: Abigail Marbury, Asst U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201 and:

THOMAS CARL ROLLINS, JR.  
trollins@therollinsfirm.com

RAWLINGS & MCINNIS P.A.  
P.O. BOX 1789, MADISON, MS 39130

JOSEPH AARON WATSON  
745 E. HARPER ST., RICHLAND, MS 39218

TANYA RENEA WATSON  
745 E. HARPER ST., RICHLAND, MS 39218

COMMUNITY BANK  
P.O. BOX 265, LAUREL, MS 39441

YOUNG WELLS WILLIAMS PA  
P.O. BOX 6005, RIDGELAND, MS 39158

Dated: 02/03/2026

/s/ Torri Parker Martin  
Chapter 13 Trustee