United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-03067-JAW
Joseph Aaron Watson  Chapter 13
Tanya Renea Watson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 4
Date Rcvd: Feb 03, 2026    Form ID: 3180W    Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Aaron Watson, Tanya Renea Watson, 745 E Harper St, Richland, MS 39218-9774 |
| 4962394 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4962397 | + | American Financial, P.O. Box 565848, Dallas, TX 75356-5848 |
| 4962399 | + | Bancorp South, 2600 N State St, Jackson, MS 39216-4301 |
| 4962400 | + | Baptist Medical Group, p11407, Birmingham, AL 35246-0001 |
| 4962402 | + | Bridgecrest, PO Box 52020, Phoenix, AZ 85072-2020 |
| 4962403 | | Capital Emergency Phys, P.O. Box 96395, Oklahoma City, OK 73143-6395 |
| 4962405 | + | Central MS Foot Spec., 103 Service Dr, Brandon, MS 39042-2401 |
| 4962406 | + | Community Bank of Mississippi, POB 265, Laurel, MS 39441-0265 |
| 4962407 | + | Cornerston, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 4962408 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 4962409 | + | Delta Technical Colleg, 113 Marketridge Dr,, Ridgeland, MS 39157-6027 |
| 4962415 | + | MEA Primary Care, 308 Corporate Dr, Ridgeland, MS 39157-8803 |
| 4962421 | | MS HMA Hospitals, P.O. Box 19000, Belfast, ME 04915 |
| 4962414 | + | Madison Radiological G, 401 Baptist Dr., Madison, MS 39110-2009 |
| 4962416 | + | Merit Health, 161 River Oaks Dr, Canton, MS 39046-5375 |
| 4962417 | + | Merith Health, 161 River Oaks, Canton, MS 39046-5375 |
| 4962420 | + | Moffett and Walley, 2174 Henry Hill Dr, Jackson, MS 39204-2028 |
| 4962424 | | Patient Account Servic, P.O. Box 1022, Wixom, MI 48393-1022 |
| 4996080 | + | Penn Foster, PO box 1900, Scranton, PA 18505-0900 |
| 4962428 | + | Rankin Rural Medical, 129 Center St, Richland, MS 39218-4800 |
| 4962429 | + | River Oaks, P.O. Box 11439, Belfast, ME 04915-4005 |
| 4962435 | | Tower Loan, PO Box 320093, Flowood, MS 39232-0093 |
| 4962438 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |
| 4962440 | | Womens Health Associat, 1050 River Oaks Dr, Suite 200, Brandon, MS 39047 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Feb 04 2026 00:31:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Feb 04 2026 00:31:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4962392 | + | Email/Text: bankruptcy@curo.com | Feb 03 2026 19:36:00 | 1stheritag, 129 Center Street, Richland, MS 39218-4800 |
| 4962398 | | EDI: PHINAMERI.COM | Feb 04 2026 00:31:00 | AmeriCredit, 200 Bailey Ave, Fort Worth, TX |

District/off: 0538-3 User: mssbad Page 2 of 4
Date Rcvd: Feb 03, 2026 Form ID: 3180W Total Noticed: 64

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 4964518 | | EDI: PHINAMERI.COM | Feb 04 2026 00:31:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 76107 |
| 4962393 | + | Email/Text: sbridwell@arscollections.com | Feb 03 2026 19:36:00 | Advance Recovery Syste, 972 High St, Jackson, MS 39202-3473 |
| 4962395 | ^ | MEBN | Feb 03 2026 19:31:28 | Affiliate Asset Soluti, 145 Technology Prky NW, Ste 100, Peachtree Cor, GA 30092-3536 |
| 4962396 | + | Email/Text: customerservice@alder.com | Feb 03 2026 19:36:00 | Alder, 450 N 1500 W, Orem, UT 84057-2829 |
| 4962401 | + | Email/Text: claude.vinson@bmhcc.org | Feb 03 2026 19:36:00 | Baptist Memorial Healt, 350 North Humphreys Bl, Memphis, TN 38120-2177 |
| 4964282 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 03 2026 19:36:00 | Bridgecrest Credit Company, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 5503420 | + | EDI: AISACG.COM | Feb 04 2026 00:31:00 | Bridgecrest Credit Company, LLC as Agent and, Servicer for Carvana, LLC, c/o, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4962404 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Feb 03 2026 19:36:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4962410 | + | EDI: BLUESTEM | Feb 04 2026 00:31:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4962411 | + | Email/Text: bankruptcy@curo.com | Feb 03 2026 19:36:00 | First Heritage Credit, 129 Center Street, Richland, MS 39218-4800 |
| 4962659 | + | Email/Text: bankruptcy@curo.com | Feb 03 2026 19:36:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 129 Center St Ste C, Richland, MS 39218-4800 |
| 4979754 | + | Email/Text: bankruptcy@towerloan.com | Feb 03 2026 19:36:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4962412 | + | Email/Text: CHILL@MUTUALCU.ORG | Feb 03 2026 19:36:00 | Hinds Comunity College, PO Box 1100, Raymond, MS 39154-1100 |
| 4967403 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2026 19:46:32 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4962418 | + | EDI: CBS7AVE | Feb 04 2026 00:37:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4962419 | + | Email/Text: mmrgbk@miramedrg.com | Feb 03 2026 19:36:00 | Mira Med Revenue Group, PO Box 77000, Detroit, MI 48277-2000 |
| 4965279 | + | EDI: CBS7AVE | Feb 04 2026 00:37:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4972008 | | Email/Text: bankruptcypgl@plaingreenloans.com | Feb 03 2026 19:36:00 | Plain Green Loans, Attention: Special Handling, 93 Mack Rd, Suite 600, Box Elder, MT 59521 |
| 4962426 | | EDI: PRA.COM | Feb 04 2026 00:31:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4962427 | | EDI: PRA.COM | Feb 04 2026 00:31:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4976261 | | EDI: PRA.COM | Feb 04 2026 00:31:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4962423 | + | Email/Text: bkrnotice@prgmail.com | Feb 03 2026 19:36:00 | Paragon Revenue Group, Attn: Bankruptcy, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 4962422 | + | Email/Text: bkrnotice@prgmail.com | Feb 03 2026 19:36:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 4962425 | ^ | MEBN | Feb 03 2026 19:31:49 | Plain Green Loans, PO Box 42560, Philadelphia, PA 19101-2560 |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: 3180W | Total Noticed: 64 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4962430 | | Email/Text: bankruptcy@rmscollects.com | Feb 03 2026 19:36:00 | Rms-recovery Managemen, 4200 Cantera Drive, Warrenville, IL 60555 |
| 4962431 | | EDI: CBS7AVE | Feb 04 2026 00:37:00 | Seventh Avenue, 112 7th Ave, Monroe, WI 53566-1364 |
| 4965280 | + | EDI: CBS7AVE | Feb 04 2026 00:37:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4962432 | + | EDI: CBS7AVE | Feb 04 2026 00:37:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4962433 | + | EDI: SYNC | Feb 04 2026 00:31:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4962434 | + | Email/Text: tmelton@twc-ms.com | Feb 03 2026 19:36:00 | The Womaan's Clinic, 501 Marshall Street, Ste 400, Jackson, MS 39202-1687 |
| 4971456 | | ^ MEBN | Feb 03 2026 19:32:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4962436 | + | Email/Text: Bankruptcies@umc.edu | Feb 03 2026 19:36:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 4962437 | | ^ MEBN | Feb 03 2026 19:31:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4962439 | + | Email/Text: ebone.woods@usdoj.gov | Feb 03 2026 19:36:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5197851 | + | Email/Text: EBN@edfinancial.com | Feb 03 2026 19:36:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 4962413 | ## | Lakeland Radiologists, PO Box 55589, Jackson, MS 39296-5589 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Feb 03, 2026 | Form ID: 3180W | Total Noticed: 64 |

Jeff D. Rawlings
    on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Jennifer A Curry Calvillo
    on behalf of Debtor Joseph Aaron Watson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
    on behalf of Joint Debtor Tanya Renea Watson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Stephen E. Gardner
    on behalf of Creditor Community Bank of Mississippi steve.gardner@youngwells.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Tanya Renea Watson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Joseph Aaron Watson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joseph Aaron Watson** | Social Security number or ITIN   **xxx–xx–0816** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tanya Renea Watson** | Social Security number or ITIN   **xxx–xx–0116** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   20–03067–JAW | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Joseph Aaron Watson**

**Tanya Renea Watson**
fka Tanya Renea Moss

Dated: 2/3/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**