0040-2H-EPIEXX-00423821-368940

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  JOSEPH AARON WATSON                                          Case No.:  20-03067-JAW
TANYA RENEA WATSON
          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Torri Parker Martin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  12/28/2020.
2)  The plan was confirmed on  03/10/2021.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was completed on  12/29/2025.
6)  Number of months from filing or conversion to last payment:  60.
7)  Number of months case was pending:  64.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  38,237.00.
10)  Amount of unsecured claims discharged without full payment:  49,221.92.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $108,117.50 | |
| Less amount refunded to debtor: | $799.93 | |
| **NET RECEIPTS:** | | $107,317.57 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,600.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $9,080.42 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $12,680.42 |

Attorney fees paid and disclosed by debtor:          $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 1ST HERITAGE CREDIT | Secured | 2,296.00 | NA | NA | .00 | .00 |
| ADVANCED RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| AES/PHEAA | Unsecured | 176.00 | NA | NA | .00 | .00 |
| AFFILIATE ASSET SOL. | Unsecured | NA | NA | NA | .00 | .00 |
| ALDER | Unsecured | 2,538.72 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIAL SERVICES IN | Secured | 10,123.00 | 10,360.02 | 10,360.02 | 10,360.02 | 1,439.73 |
| AMERICREDIT FINANCIAL SERVICES IN | Secured | NA | NA | NA | .00 | .00 |
| BANCORP SOUTH | Unsecured | 201.96 | NA | NA | .00 | .00 |
| BAPTIST MEDICAL | Unsecured | 257.50 | NA | NA | .00 | .00 |
| BAPTISTMEMEORIALHEALTH | Unsecured | 363.63 | NA | NA | .00 | .00 |
| BAPTISTMEMEORIALHEALTH | Unsecured | 257.50 | NA | NA | .00 | .00 |
| BRIDGECREST CREDIT CO., LLC BY | Unsecured | NA | NA | NA | .00 | .00 |
| BRIDGECREST CREDIT COMPANY, LLC | Secured | 11,139.70 | 16,578.61 | 16,578.61 | 16,578.61 | 2,304.11 |

UST Form 101-13-FR-S (9/1/2009)

0040-2H-EPIEXX-00423821-368940

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

In re:  JOSEPH AARON WATSON                                     Case No.:  20-03067-JAW
        TANYA RENEA WATSON
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL EMERGENCY PHYS. | Unsecured | 107.00 | NA | NA | .00 | .00 |
| CAPITAL EMERGENCY PHYS. | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL EMERGENCY PHYS. | Unsecured | NA | NA | NA | .00 | .00 |
| CASHNETUSA | Unsecured | 4,645.75 | 2,690.94 | 2,690.94 | 720.06 | .00 |
| CENTRAL MS FOOT SPEC | Unsecured | 78.00 | NA | NA | .00 | .00 |
| COMMUNITY BANK | Secured | 60,884.00 | 58,801.09 | 47,187.00 | 47,187.00 | .00 |
| COMMUNITY BANK | Secured | 2,963.00 | 5,180.77 | 5,180.77 | 5,180.77 | .00 |
| COMMUNITY BANK | Secured | NA | 63,981.86 | .00 | .00 | .00 |
| CORNERSTONE | Unsecured | 3,646.00 | NA | NA | .00 | .00 |
| CORNERSTONE | Unsecured | 6,471.00 | NA | NA | .00 | .00 |
| DELTA TECHNICAL COLLEGE | Unsecured | 2,383.00 | NA | NA | .00 | .00 |
| DELTA TECHNICAL COLLEGE | Unsecured | NA | NA | NA | .00 | .00 |
| FINGERHUT | Unsecured | 506.00 | NA | NA | .00 | .00 |
| FIRST HERITAGE CREDIT | Secured | 2,296.00 | 2,299.33 | 2,299.33 | .00 | .00 |
| HINDS COMMUINTY COLLEGE | Unsecured | 1,774.00 | NA | NA | .00 | .00 |
| LAKELAND RADIOLOGIST | Unsecured | 9.20 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC ASSIGNEE FNBM ,L | Unsecured | NA | 459.10 | 459.10 | 122.85 | .00 |
| LVNV FUNDING LLC ASSIGNEE FNBM ,L | Unsecured | NA | 630.63 | 630.63 | 168.75 | .00 |
| MADISON RADIOLOGICAL G | Unsecured | 144.83 | NA | NA | .00 | .00 |
| MADISON RADIOLOGICAL G | Unsecured | 166.92 | NA | NA | .00 | .00 |
| MEA PRIMARY CARE | Unsecured | 90.00 | NA | NA | .00 | .00 |
| MERIT HEALTH | Unsecured | 82.98 | NA | NA | .00 | .00 |
| MERIT HEALTH | Unsecured | 73.53 | NA | NA | .00 | .00 |
| MERIT HEALTH | Unsecured | 662.00 | NA | NA | .00 | .00 |
| MERIT HEALTH | Unsecured | 221.29 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | Unsecured | 58.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| MOFFETT AND WALLEY | Unsecured | 4,800.00 | NA | NA | .00 | .00 |
| MONTGOMERY WARD | Unsecured | NA | 70.55 | 70.55 | 18.88 | .00 |
| MS HOSPITALS | Unsecured | 40.80 | NA | NA | .00 | .00 |
| PARAGON REVENUE GROUP | Unsecured | 662.00 | NA | NA | .00 | .00 |
| PARAGON REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| PATIENT ACCOUNT SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| PATIENT ACCOUNT SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| PATIENT ACCOUNT SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| PENN FOSTER | Unsecured | 784.00 | NA | NA | .00 | .00 |
| PLAINS GREEN LOANS | Unsecured | 8,757.62 | 3,269.69 | 3,269.69 | 874.93 | .00 |
| PORTFOLIO RECOVERY ASS | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 562.00 | 523.59 | 523.59 | 140.11 | .00 |
| RANKIN RURAL MEDICAL | Unsecured | 109.13 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0040-2H-EPIEXX-00423821-368940

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  JOSEPH AARON WATSON                                          Case No.:  20-03067-JAW
        TANYA RENEA WATSON
           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RIVER OAKS | Unsecured | 21.40 | NA | NA | .00 | .00 |
| RIVER OAKS | Unsecured | 39.00 | NA | NA | .00 | .00 |
| RIVER OAKS | Unsecured | 31.00 | NA | NA | .00 | .00 |
| RMS-RECOVERY MGMT | Unsecured | 2,383.00 | NA | NA | .00 | .00 |
| SEVENTH AVENUE | Unsecured | 176.00 | 209.43 | 209.43 | 56.04 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| THE SWISS COLONY | Unsecured | 58.00 | NA | NA | .00 | .00 |
| THE WOMANS CLINIC | Unsecured | 50.88 | NA | NA | .00 | .00 |
| THOMAS CARL ROLLINS, JR. | Secured | NA | NA | NA | .00 | .00 |
| TOWER LOAN OF RICHLAND | Secured | 6,417.00 | 7,734.64 | 5,403.00 | 5,403.00 | 750.90 |
| TOWER LOAN OF RICHLAND | Unsecured | NA | 2,331.64 | 2,331.64 | 623.92 | .00 |
| UMMC | Unsecured | 174.00 | NA | NA | .00 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEY GENERAL | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,600.00 | 10,118.09 | 10,118.09 | 2,707.47 | .00 |
| US DEPT ED | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT ED | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT ED | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT ED | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 1,759.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 1,704.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 756.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0040-2H-EPIEXX-00423821-368940

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  JOSEPH AARON WATSON                                    Case No.:  20-03067-JAW
TANYA RENEA WATSON
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOMENS HEALTH ASSOCIATES, PLLC | Unsecured | 710.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 47,187.00 | 47,187.00 | .00 |
| Mortgage Arrearage: | 5,180.77 | 5,180.77 | .00 |
| Debt Secured by Vehicle: | 32,341.63 | 32,341.63 | 4,494.74 |
| All Other Secured: | 2,299.33 | .00 | .00 |
| **TOTAL SECURED:** | 87,008.73 | 84,709.40 | 4,494.74 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 20,303.66 | 5,433.01 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $12,680.42 |
| Disbursements to Creditors: | $94,637.15 |
| **TOTAL DISBURSEMENTS:** | $107,317.57 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   04/30/2026                    By:   /s/Torri Parker Martin
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)